IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Bowers, | ) | C/A No. 0:14-358-RMG-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Leroy Cartledge, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner James Bowers, a state prisoner who is now represented by counsel, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to the Order of the Honorable Richard M. Gergel, United States District Judge, this matter has been recommitted to the assigned magistrate judge to address Bowers's Petition on its merits.  (ECF No. 26.)  Therefore, in accordance with Judge Gergel's Order, the respondent shall, on or before **December 1, 2014**, supplement his Return and Memorandum of Law to address the grounds raised in Bowers's Petition.[1] In connection with his Return, the Respondent may also file another motion for summary judgment directed at the grounds of the Petition if he so desires.

**IT IS SO ORDERED.**

Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

September 24, 2014
Columbia, South Carolina

---

[1] Previously the respondent moved for summary judgment solely on the basis that Bowers had not exhausted his state remedies.