IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Bowers, | ) | C/A No. 0:14-358-RMG-PJG |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Leroy Cartledge, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner James Bowers initially filed this action *pro se* seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order issued September 23, 2014, the court appointed Matthew Nickels, Esquire, as counsel for the petitioner. (ECF No. 23.) It appears from review of the electronic docket that this Order was not mailed to the petitioner by the Clerk of Court.

On October 23, 2014, counsel for the petitioner filed a consent motion seeking to file an amended petition for a writ of habeas corpus, which was granted by Docket Text Order on October 27, 2014. (ECF Nos. 31 & 32.) As of the date of this Order, no amended petition has been filed by counsel for the petitioner. Instead, the petitioner submitted a *pro se* amended petition, which was docketed by the Clerk of Court as an Amended Petition.

The court notes that the petitioner's submission was not approved by the court. In light of the probability that the petitioner was unaware of his appointment of counsel, the court hereby advises the petitioner that he has been appointed counsel in this case, and any future filings or communications should come through counsel. It is hereby

PJG

**ORDERED** that the Clerk of Court shall strike petitioner's *pro se* amended petition from the docket. The Clerk of Court is also directed to mail the petitioner the court's September 23, 2014 Order appointing him counsel in this matter. It is further

**ORDERED** that counsel for the petitioner shall file the proposed pleading as granted by the court's October 27, 2014 Order as an Amended Petition on or before November 10, 2014.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

November 4, 2014
Columbia, South Carolina